IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce Caldwell Williams,<br>　　　　Plaintiff,<br>　　v.<br>Devin DurhamBurk,<br>　　　　Defendant. | Case No. 22-cv-07662-CRB<br><br>**ORDER TO SHOW CAUSE** |

On December 5, 2022, Appellant Bruce Caldwell Williams ("Williams") appealed the bankruptcy court's order dismissing his case. See dkt. 1. On January 31, 2023, the remaining documents required to perfect the record were transmitted to the Court. See dkt. 5. Pursuant to the Court's scheduling order, Williams' principal brief was due within 30 days of that transmission, see dkt. 2, but Williams has failed to file any briefing in this appeal.

The Court hereby orders Williams to show cause within 21 days of this order why this appeal should not be dismissed for failure to prosecute. Failure to respond will result in dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated: April 3, 2023

CHARLES R. BREYER
United States District Judge