IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Bruce Caldwell Williams, | Case No. 22-cv-07662-CRB |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| Devin DurhamBurk, | |
| Defendant. | |

On April 3, 2023, the Court ordered Appellant Bruce Caldwell Williams ("Williams") to show cause why his appeal should not be dismissed for failure to prosecute, because he has failed to file any briefing in his appeal. See First OSC (dkt. 6). On April 11, 2023, the Court received a notice that the first order to show cause was returned as undeliverable, due to an apparent typo in the address Williams provided to the Court. See dkt. 7.

The Court hereby again orders Williams to show cause within 21 days of this order why this appeal should not be dismissed for failure to prosecute. The Court shall adjust the address Williams provided in an attempt to reach him. Failure to respond to this second order to show cause will result in dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated: May 26, 2023



CHARLES R. BREYER
United States District Judge